1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:15-mj-00767-NJK |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MARIA LANDIN HERNANDEZ, ) | |
| ) | |
| Defendant(s). ) | |

Pending before the Court is a motion for medical treatment.  Docket No. 20.  The Government shall file a response to that motion no later than October 14, 2015.

IT IS SO ORDERED.

DATED: October 13, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge