1
2
3
4
5
6
7

8                       **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10

11  UNITED STATES OF AMERICA,              )
                                           )        Case No. 2:15-mj-00767-NJK
                    Plaintiff(s),          )
12                                         )
    vs.                                    )        ORDER
13                                         )
    MARIA LANDIN HERNANDEZ,                )
14                                         )
                    Defendant(s).          )
15  _____)

16          Pending before the Court is a motion for medical treatment.  Docket No. 20.  The Government

17  has filed a non-opposition.  Docket No. 22.  For good cause, shown, the motion is hereby GRANTED.

18          IT IS SO ORDERED.

19          DATED: October 14, 2015

20
                                           _____
21                                         NANCY J. KOPPE
                                           United States Magistrate Judge
22

23

24

25

26

27

28