1  CHRIS T. RASMUSSEN, ESQ.
   Nevada Bar No.: 007149
2  **RASMUSSEN & KANG**
   330 S. Third Street, Suite 1010
3  Las Vegas, Nevada 89101
   Tel: (702) 464-6007
4  Attorney for Defendant,
   Maria Landin-Hernandez
5
                    UNITED STATED DISTRICT COURT
6
                         DISTRICT OF NEVADA
7

8
   UNITED STATES OF AMERICA,           )
9                                      )  Case No.: 2:16-CR-00030-JAD-CWH
        Plaintiff,                     )
10                                     )
   vs.                                 )
11                                     )
   MARIA LANDIN-HERNANDEZ,             )  **STIPULATION TO CONDUCT**
12                                     )  **PSYCHOLOGICAL EXAM FOR**
        Defendant.                     )  **DEFENDANT**
13                                     )

14      **IT IS HEREBY STIPULATED AND AGREED** between the UNITED STATES and

15  defendant, MARIA LANDIN-HERNANDEZ, by and through their respective undersigned

16  attorneys, that the attached purposed Order calling for a psychological exam on defendant Maria

17  Landin-Hernandez, be hereby granted by court.

18  **RESPECTFULLY SUBMITTED** this 14th day of March, 2016.

19

20  MARIA LANDIN-HERNANDEZ           THE UNITED STATES ATTORNEY

21

22   /s//: CHRIS T. RASMUSSEN         /s//: JAMES KELLER
    CHRIS T. RASMUSSEN, ESQ.         JAMES KELLER, ESQ.
23  Attorney for Defendant,          Assistant United States Attorney
    Maria Landin-Hernandez
24

25

26

27

28

# UNITED STATED DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-00030-JAD-CWH |
| Plaintiff, | |
| vs. | |
| MARIA LANDIN-HERNANDEZ, | **ORDER** |
| Defendant. | |

Before the court is Defendant Landin-Hernandez's Stipulation to Conduct a Psychological Examination . On March 11, 2016 both parties agree by and through their respective attorneys by signing the stipulation.

Accordingly,

IT IS HEREBY ORDERED that Defendant Landin-Hernandez's Order for a Psychological Exams is GRANTED.

IT IS FURTHER ORDERED THAT the defendant submit to a psychiatric examination to determine whether the defendant may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extend that he is unable to understand the nature of consequences of the proceedings against him or to assist properly in his defense.

IT IS FURTHER ORDERED that the defendant shall be forthwith transported to the closest Federal Bureau of Prisons (BOP) facility that conducts psychological evaluation for this dual purpose examination.

IT IS FURTHER ORDERED that examination shall be in accordance with Title 18, United States Code, Sections 4241 and 4247.

IT IS FURTHER ORDERED that the defendant shall be held in said facility for a reasonable period of time, not to exceed 45 days, unless extended by further order of the Court up on showing of good cause by the Director of said facility at which the examination has been conducted, shall prepare, or cause to be prepared, a psychiatric or psychological report to the Clerk of the United States Court for the District of Nevada, to James Keller, Esq., Assistant

United States Attorney, and Chris T. Rasmussen, Esq., counsel for Defendant Maria Landin-Hernandez.

IT IS FURTHER ORDERED, that following the defendant's examination, he shall be forthwith transported back to the District of Nevada.

IT IS FURTHER ORDERED that said examination shall be in accordance with 18 U.S.C. §§ 4241 and 4247.

IT IS FURTHER ORDERED, that the said report prepared pursuant to this Order shall include:

(1) Defendant's history and present symptoms;

(2) A description of the psychiatric, psychological, or medical test that were employed and their findings;

(3) The examiner's findings;

(4) The examiner's opinions as to diagnosis, prognosis, and whether the defendant is competent to stand trial, the test of which is whether he may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that is unable to understand the nature and consequences of the proceeding against him or to assist properly in his defense.

IT IS FURTHER ORDERED that the parties must file a joint status report 90 days from the date of this order.
IT IS FURTHER ORDERED that Defendant's Motion for a Competency Evaluation (ECF No. 84) is GRANTED.
IT IS SO ORDERED.
DATED: March 17, 2016

_____
UNITED STATES MAGISTRATE JUDGE