```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

        MAR 2 0 2017

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-CR-030-JAD-(CWH) |
| Plaintiff, | ) | |
| v. | ) | Preliminary Order of Forfeiture |
| MARIA LANDIN-HERNANDEZ, | ) | |
| Defendant. | ) | |

This Court finds that defendant Maria Landin-Hernandez pled guilty to Counts One and Two of a Seventeen-Count Indictment charging her in Count One with Conspiracy to Distribute and Possess with Intent to Distribute at least 100 Grams of a Mixture and Substance Containing a Detectable Amount of Heroin in violation of Title 21, United States Code, Sections 841(a)(1) and 846 and in Count Two with Money Laundering Conspiracy: Promotion in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i) and 1956(h). Indictment, ECF No. 54; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant Maria Landin-Hernandez agreed to the forfeiture of the property set forth in the Plea Agreement, the Amended Bill of Particulars, and the Forfeiture Allegations of the Indictment. Indictment, ECF No. 54; Amended Bill of Particulars, ECF No. 95; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement, the

///

Amended Bill of Particulars, and the Forfeiture Allegations of the Indictment and the offenses to which defendant Maria Landin-Hernandez pled guilty.

The following property is (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of violations of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 846; (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 846; (3) any property, real or personal, involved in transactions or attempted transactions in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i) and Title 18, United States Code, Section 1956(h), or any property traceable to such property; (4) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1956(a)(1)(A)(i), a specified unlawful activity as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B), or Title 18, United States Code, Section 1956(h), conspiracy to commit such offense; and (5) any property, real or personal, involved in violations of Title 18, United States Code, Section 1956(a)(1)(A)(i) and Title 18, United States Code, Section 1956(h), or any property traceable to such property, and are subject to forfeiture pursuant to Title 21, United States Code, Section 853(a)(1); Title 21, United States Code, Section 853(a)(2); Title 18, United States Code, Section 981(a)(1)(A) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p):

      1.  $22,700; and

      2.  $5,189

(all of which constitutes property).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

1     NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

2 the United States of America should seize the aforementioned property.

3     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest

4 of Maria Landin-Hernandez in the aforementioned property is forfeited and is vested in the

5 United States of America and shall be safely held by the United States of America until further

6 order of the Court.

7     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of

8 America shall publish for at least thirty (30) consecutive days on the official internet government

9 forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited

10 property, state the time under the applicable statute when a petition contesting the forfeiture must

11 be filed, and state the name and contact information for the government attorney to be served

12 with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code,

13 Section 853(n)(2).

14     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or

15 entity who claims an interest in the aforementioned property must file a petition for a hearing to

16 adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be

17 signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code,

18 Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature

19 and extent of the petitioner's right, title, or interest in the forfeited property and any additional

20 facts supporting the petitioner's petition and the relief sought.

21     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

22 filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no

23 later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than

24 sixty (60) days after the first day of the publication on the official internet government forfeiture

25 site, www.forfeiture.gov.

26 / / /

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if

2 any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at

3 the following address at the time of filing:

4     Michael A. Humphreys
     Assistant United States Attorney
5     Daniel D. Hollingsworth
     Assistant United States Attorney
6     501 Las Vegas Boulevard South, Suite 1100
     Las Vegas, Nevada 89101.

7

8   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described

9 herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate

10 agency following publication of notice of seizure and intent to administratively forfeit the above-

11 described property.

12   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies

13 of this Order to all counsel of record.

14   DATED this 20th day of March, 2017.

15

16

17        UNITED STATES DISTRICT JUDGE